United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK KENNY,<br><br>　　　　Plaintiff(s),<br>　v.<br><br>CARRIER IQ, INC.,<br><br>　　　　Defendant(s).<br>_____/<br>AND RELATED ACTIONS.<br>_____/ | CASE NO. 3:11-cv-05774 EMC<br><br>**ORDER REFERRING CASES FOR RELATED CASE DETERMINATION** |

Pursuant to Civil Local Rule 3-12(c), the following cases:

5:11-cv-06196 EJD　　Lavertue v. Carrier IQ, Inc.

5:11-cv-06201 EJD　　Castro v. Carrier IQ, Inc.

are hereby referred to the Honorable Edward M. Chen for a determination as to whether they are related to <u>Kenny v. Carrier IQ, Inc.</u>, Case No. 3:11-cv-05774 EMC, an action currently pending before Judge Chen.

**IT IS SO ORDERED.**

Dated: April 20, 2012

　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge